AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sorokin, Leo T. | District Court, Massachusetts | 10/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
One Courthouse Way
Boston, MA 02210
Suite 7400

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed - psychologist |
| 2. 2012 | Adjunct Professor, Boston College |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | 3/21/2012 | New Haven, CT | Speaking in Law School Class | Transportation and Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Gold Reserve Line of Credit | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental/Vacation Property Massachusetts (2001, 273,100) | D | Rent | N | R | | | | | |
| 2. Bank of America Accounts | A | Interest | L | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 5. -Fidelity Pacific Basin | A | Dividend | J | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. -Davis NY Venture Fund C | B | Dividend | K | T | | | | | |
| 8. IRA #3 | | | | | | | | | |
| 9. -Amazon | A | Dividend | J | T | | | | | |
| 10. -Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 11. -Citigroup | A | Dividend | J | T | | | | | |
| 12. -Allianz AGIC Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. -RCM Mid Cap Fund | B | Dividend | J | T | | | | | |
| 14. -PIMCO FDS PAC Dev Invt Mgmt | A | Dividend | K | T | | | | | |
| 15. -Intentionally Blank | | | | | | | | | |
| 16. Brokerage Acct#1 | | | | | | | | | |
| 17. -Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Home Properties, Inc. | A | Dividend | J | T | | | | | |
| 19.  -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 20.  -Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 21.  -Wisdomtree Investments | A | Distribution | J | T | Buy | 05/08/12 | J | | |
| 22.  -Healthcare Realty Trust, Inc. | B | Dividend | K | T | | | | | |
| 23.  -Aethena Health | A | Dividend | J | T | | | | | |
| 24.  -Berkshire Hawthaway Series B | A | Dividend | J | T | | | | | |
| 25.  -this line intentionally blank | | | | | | | | | |
| 26.  -Otelco Inc. | A | Dividend | J | T | | | | | |
| 27.  -Intentionally Blank | | | | | | | | | |
| 28.  -Apple | A | Dividend | K | T | | | | | |
| 29.  -Sector Spdr Tech Select Sector | A | Dividend | K | T | | | | | |
| 30.  DWS Scudder High Income Trust | B | Dividend | K | T | | | | | |
| 31.  Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 32.  -Intentionally Blank | | | | | | | | | |
| 33.  Intentionally Blank | | | | | | | | | |
| 34.  IRA #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard 500 Index Fund Adm | A | Dividend | K | T | | | | | |
| 36. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | J | T | | | | | |
| 37. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 38. - Vanguard Emerging Markets Stock Index Adm | A | Dividend | K | T | | | | | |
| 39. Brokerage Acct#2 | | | | | | | | | |
| 40. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 41. Brokerage Acct#3 | | | | | | | | | |
| 42. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 43. -Vanguard Long Term treasury Fund | B | Dividend | K | T | | | | | |
| 44. -Vanguard Extended Market Index Fund | A | Dividend | J | T | | | | | |
| 45. Brokerage Acct#4 | | | | | | | | | |
| 46. -American Century Income and Growth Fund | A | Dividend | K | T | | | | | |
| 47. IRA #5 | | | | | | | | | |
| 48. -American Century Equity Income | A | Dividend | J | T | | | | | |
| 49. -American Century Prime Money Market | A | Interest | K | T | | | | | |
| 50. -American Century Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 51. Brokerage Acct#5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Century Equity Income Fund | A | Dividend | K | T | | | | | |
| 53. Brokerage Acct#6 | | | | | | | | | |
| 54. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 55. Brokerage Acct#7 | | | | | | | | | |
| 56. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 57. Limited Partnership Bear Hollow Lender | | None | J | U | | | | | |
| 58. -Intentionally blank | | | | | | | | | |
| 59. Limited Partnership 7400 | D | Int./Div. | J | U | | | | | |
| 60. Limited Partnership Bear Hollow Lender | | None | J | U | | | | | |
| 61. Limited Partnership Wolf Paca I | E | Int./Div. | J | U | | | | | |
| 62. Limited Partnership Joppa East | A | Int./Div. | J | U | | | | | |
| 63. Trust #3 | C | Int./Div. | J | W | Distributed | 12/31/12 | M | | Note - No gain on distribu |
| 64. -Columbia Bank Account | | | | | | | | | |
| 65. -Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 66. -Fund Vanguard FTSE All World Index | | | | | Sold | 12/13/12 | J | A | |
| 67. -Stock Pepco holdings | | | | | Sold | 12/13/12 | J | A | |
| 68. -Merck | | | | | Sold | 12/13/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Exelon | | | | | Buy | 3/19/12 | J | | |
| 70. | | | | | Sold | 12/13/12 | J | A | |
| 71. -Stock Walmart | | | | | Sold | 12/13/12 | J | B | |
| 72. -Fund Nuveen Muni Value Fund | | | | | Sold | 12/13/12 | J | A | |
| 73. -Fund Pimco Muni Income Fund III | | | | | Sold | 12/13/12 | J | A | |
| 74. -Limited Partnership Mayfield W | | | | | Sold | 12/13/12 | J | A | Note - Purchase by family |
| 75. -Bear Hollow Lender | | | | | | | | | |
| 76. -Exxon Mobil | | | | | Sold | 12/13/12 | J | A | |
| 77. -Constellation Energy Group | | | | | Redeemed | 3/12/12 | J | A | See Note |
| 78. -Duke Energy Corp | | | | | Sold | 12/13/12 | J | A | |
| 79. -Fastenal | | | | | Sold | 12/13/12 | J | B | |
| 80. -Ishares Barclays Tips Bond Fund | | | | | Sold | 8/27/12 | J | B | |
| 81. -Lockheed Martin Company | | | | | Sold | 12/13/12 | J | A | |
| 82. -MetLife | | | | | Sold | 12/13/12 | J | A | |
| 83. -Pepsico | | | | | Sold | 12/13/12 | J | A | |
| 84. -Vodafone Group | | | | | Sold | 12/13/12 | J | A | |
| 85. -Stock AGL Res | | | | | Sold | 12/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Target | | | | | Sold | 12/13/12 | J | A | |
| 87. -Intentionally blank | | | | | | | | | |
| 88. -Stock Coca Cola | | | | | Sold | 12/13/12 | J | B | |
| 89. -Stock Nextera | | | | | Sold | 12/13/12 | J | A | |
| 90. -Stock McCormick &Co Non Vtg MkC | | | | | Sold | 12/13/12 | J | B | |
| 91. -McDonald's Corp | | | | | Sold | 12/13/12 | J | B | |
| 92. -Stock Partner Communications | | | | | Sold | 12/13/12 | J | A | |
| 93. -Chlorox | | | | | Sold | 12/13/12 | J | A | |
| 94. -SPDR S&P Int. ETF | | | | | Buy | 08/27/12 | J | | |
| 95. | | | | | Sold | 12/13/12 | J | A | |
| 96. ▨ Limited Partnership | | None | M | T | | | | | |
| 97. Brokerage Account 11 | | | | | | | | | |
| 98. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 99. Brokerage Account 12A | | | | | | | | | |
| 100. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 101. -Matthews Pacific Tiger Fund | A | Distribution | J | T | | | | | |
| 102. -Home Properties, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Wisdomtree Investments | | None | J | T | Buy | 5/3/12 | J | | |
| 104. Brokerage Account 12B | | | | | | | | | |
| 105. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 106. -Sterling Bank Corp. | A | Dividend | J | T | | | | | |
| 107. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 108. Brokerage Account 13A | | | | | | | | | |
| 109. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 110. -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 111. Brokerage Account 13B | | | | | | | | | |
| 112. -Wells Fargo Bank Deposit Sweep Option | A | Int./Div. | J | T | | | | | |
| 113. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 114. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 115. Brokerage Account 14A | | | | | | | | | |
| 116. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 117. -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 118. Brokerage Account 14B | | | | | | | | | |
| 119. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Sterling Bank Corp | A | Dividend | J | T | Buy | 10/20/12 | J | | |
| 121. Trust #4 | C | Int./Div. | M | W | | | | | See Note |
| 122. -Raymond James Bank Deposit Program | | | | | | | | | |
| 123. - Fund Davis New York Venture Fund Class A | | | | | Sold | 10/18/12 | J | A | |
| 124. - Intentionally Blankl | | | | | | | | | |
| 125. - Fund Royce Opportunity Fund Investment Class N/L | | | | | | | | | |
| 126. - Fund The Third Avenue Value Fund N/L | | | | | | | | | |
| 127. - Fund GDL | | | | | Sold | 3/28/12 | J | A | See Note |
| 128. - ISHARES TR S&P500 GRW | | | | | Sold | 3/28/12 | J | A | |
| 129. -Stock American Tower Corp. Class A | | | | | Sold | 2/10/12 | J | C | |
| 130. -Fund Oppenheimer DevMkts Fund | | | | | | | | | |
| 131. - Stock El Paso Corporation | | | | | Merged (with line 132) | 6/1/12 | J | D | |
| 132. - Kinder Morgan | | | | | Buy | 7/9/12 | J | | |
| 133. - Fund Thornburg Int'l Value Fund | | | | | | | | | |
| 134. -Berkshire Hathaway B | | | | | Buy | 7/9/12 | J | | |
| 135. -Crown Castle | | | | | Buy | 2/10/12 | J | | |
| 136. - Stock Alleghany Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Flow 2006 LLC | | | | | | | | | |
| 138. -PNC Bank Account | | | | | | | | | |
| 139. -Fund Hartford Capital Appreciation Fund Class A | | | | | | | | | |
| 140. -Fund CGM Advisor Target Equity FundClass A | | | | | Sold | 12/20/12 | J | C | |
| 141. -Liberty Media | | | | | Buy | 10/18/12 | J | | |
| 142. -Fund Third Avenue Focused Credit Fund Investor Class | | | | | | | | | |
| 143. -Longleaf Small-cap Fund | | | | | Buy | 3/29/12 | J | | |
| 144. -Putnam Capital Spectrum | | | | | Buy | 12/17/12 | J | | |
| 145. -Arbitrage Fund | | | | | Buy | 4/2/12 | J | | |
| 146. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 147. Trust #5 | E | Dividend | N | W | | | | | See Note |
| 148. -Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 149. -Stock Sector Spdr TR Tech Select Sector XLK | | | | | | | | | |
| 150. -Baclays Bank PLC Medium Term Note | | | | | Sold | 08/20/12 | K | A | |
| 151. -Dow Chemical Co Internotes | | | | | | | | | |
| 152. -Richie Associates LLC | | | | | | | | | |
| 153. -Bear Hollow Lender LLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Gunpowder W Corp. | | | | | | | | | |
| 155. -Joppa East Limited Partnership | | | | | | | | | |
| 156. -Mayfield W, Inc. | | | | | | | | | |
| 157. -MHW, LLC | | | | | | | | | |
| 158. -Exploration Capital 2005 | | | | | | | | | |
| 159. -Madison LLC | | | | | Sold | 8/20/12 | K | A | See Note |
| 160. -Wolf Realty Corp. | | | | | | | | | |
| 161. -Intentionally Blank | | | | | | | | | |
| 162. -Tenn Valley Authority Bond | | | | | | | | | |
| 163. -VSECU Bank Account | | | | | | | | | |
| 164. -Merck | | | | | | | | | |
| 165. -GSV Capital | | | | | Buy | 5/4/12 | J | | |
| 166. -Loan | | | | | Buy | 4/26/12 | L | | See Note |
| 167. Brokerage Account 15 | | | | | | | | | |
| 168. -Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 169. Brokerage Account 20 | | | | | | | | | |
| 170. -Wells Fargo Money Market | A | Int./Div. | J | T | Buy | 10/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  BA 17 | | | | | | | | | |
| 172.  -Indexiq ETF Tr IQ ARB Global Res ETF | A | Dividend | J | T | | | | | |
| 173.  -aston/Fairpoint Mid Cap fund | A | Dividend | J | T | | | | | |
| 174.  -Acadian Emerging Markets Port Instl | A | Dividend | J | T | | | | | |
| 175.  -Allianz NFJ Small Cap Value Class I | A | Dividend | J | T | | | | | |
| 176.  -American Mutual Fund Cl F2 | A | Dividend | J | T | | | | | |
| 177.  -Brown Capital Mgt Small C. Inv. | A | Dividend | J | T | | | | | |
| 178.  -Cohen & Steers Realty Shares | A | Dividend | J | T | | | | | |
| 179.  -Columbia Acorn international Cl Z | A | Dividend | J | T | | | | | |
| 180.  -Spartan 500 Index FD Investor Class | A | Dividend | J | T | | | | | |
| 181.  -Fidelity Advisor New Insights cl I | A | Dividend | J | T | | | | | |
| 182.  -Harbor International Institutional | A | Dividend | J | T | | | | | |
| 183.  -Artio Total Return Bond Fund Cl I | A | Dividend | J | T | | | | | |
| 184.  -Fidelity Floating Rate High Income | A | Dividend | J | T | | | | | |
| 185.  -Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 186.  -PIMCO Total REturn Instl | A | Dividend | J | T | | | | | |
| 187.  -Osterweis Strategic Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Cohen & Steers Intl Realty Inc. Cl I | A | Dividend | J | T | | | | | |
| 189. -IQ Alpha Hedge Strategy Instl | A | Dividend | J | T | | | | | |
| 190. -Putnam Absolute Return 700 Fund | A | Dividend | J | T | | | | | |
| 191. -Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 192. Trust #6 | A | Interest | N | T | | | | | See Note |
| 193. -Sterling Bank Corp | | | | | Sold | 12/21/12 | J | A | |
| 194. -Berkshire Bank Account | A | Int./Div. | J | | | | | | |
| 195. -Single Family Home, West Hartford, CT | | | L | T | | | | | |
| 196. Trust #7 | A | Int./Div. | M | T | | | | | |
| 197. -GE Interest Plus | | | | | | | | | |
| 198. -Schwab Adv Cash Reserve | | | | | | | | | |
| 199. -Schwab US Treasury Money Fund | | | | | | | | | |
| 200. -Caterpillar Fin Powernotes Due 5/15/13 | | | | | | | | | |
| 201. -Gen Elec Cap CP Note Due 7/15/13 | | | | | | | | | |
| 202. -Historic TW Inc Bonds due 1/15/13 | | | | | | | | | |
| 203. -Kraft Foods Inc Notes due 10/1/13 | | | | | | | | | |
| 204. -Protective Life Internotes Due 2/15/13 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Connecticut St Go UTX Due 6/1/13 | | | | | | | | | |
| 206. -Connecticut St Go UTX due 1/1/15 | | | | | | | | | |
| 207. -Wisconsin St Tran Due 7/1/13 | | | | | | | | | |
| 208. -Bank Baroda NY CD Due 2/19/13 | | | | | | | | | |
| 209. -TIB Independent Bankers CD Due 1/30/13 | | | | | | | | | |
| 210. -AFLAC Inc. | | | | | | | | | |
| 211. -AVNET | | | | | | | | | |
| 212. -CDI Corp | | | | | | | | | |
| 213. -Danaher Corp | | | | | | | | | |
| 214. -Forest City Ent | | | | | | | | | |
| 215. -General Electric Co. | | | | | | | | | |
| 216. -Graco Inc. | | | | | | | | | |
| 217. -Johnson & Johnson | | | | | | | | | |
| 218. -Noble Corp | | | | | | | | | |
| 219. -Pepsico Inc. | | | | | | | | | |
| 220. -Procter & Gamble | | | | | | | | | |
| 221. -Total Systems Services | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  BA 18 | | | | | | | | | |
| 223.  -Schwab Adv Cash Reserves | A | Int./Div. | K | T | | | | | |
| 224.  -American Exp CR Notes Due 8/20/12 | A | Int./Div. | J | T | Buy | 12/20/12 | J | | |
| 225.  -Case New Holland Notes due 9/1/13 | A | Int./Div. | J | T | | | | | |
| 226.  -General Electric Cap Internotes Due 3/15/13 | A | Int./Div. | J | T | | | | | |
| 227.  -Greif Brothers Notes due 2/1/17 | A | Int./Div. | J | T | | | | | |
| 228.  -Ingles Mkts Notes due 5/15/17 | A | Int./Div. | J | T | | | | | |
| 229.  -Marriott Intern Notes due 2/15/13 | A | Int./Div. | J | T | | | | | |
| 230.  -Plum Crk Tmbrlnd Bonds due 3/15/21 | A | Int./Div. | J | T | | | | | |
| 231.  -Centex HM Equity Flt 2033 Asset Backd due 3/25/33 | A | Int./Div. | J | T | | | | | |
| 232.  -Wells Fargo Mtg Frn 2033 REMIC due 3/25/33 | A | Int./Div. | J | T | | | | | |
| 233.  -Bank Baroda NY CD due 2/19/13 | A | Int./Div. | J | T | | | | | |
| 234.  -TIB Independent Bankers CD Due 1/30/13 | A | Int./Div. | J | T | | | | | |
| 235.  -Acuity Brands | A | Dividend | J | T | | | | | |
| 236.  -Auto Data Processing | A | Dividend | J | T | | | | | |
| 237.  -BOFI Holding Inc. | A | Dividend | K | T | | | | | |
| 238.  -CISCO Systems | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -General Electric Co. | A | Dividend | J | T | | | | | |
| 240. -International Business Machines | A | Dividend | K | T | | | | | |
| 241. -Japan Smaller Cap Fun d | A | Dividend | J | T | | | | | |
| 242. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 243. -LICT Corp | A | Dividend | J | T | | | | | |
| 244. -PPG Industries | A | Dividend | J | T | | | | | |
| 245. -Reading International Class A | A | Dividend | J | T | | | | | |
| 246. -St Jude Medical | A | Dividend | J | T | | | | | |
| 247. -Stone Harbor Emerging FD | A | Dividend | J | T | | | | | |
| 248. -United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 249. -Dynex Capital Inc. New REIT | A | Dividend | J | T | | | | | |
| 250. -Scotia Pacific Bond due 7/20/28 | | None | J | T | | | | | |
| 251. -Deluxe Corp Bond Due 12/15/12 | A | Int./Div. | | | Redeemed | 12/15/12 | J | A | |
| 252. -Everbank Note Due 12/28/12 | A | Int./Div. | | | Redeemed | 12/28/12 | K | A | |
| 253. Janus Worldwide Fund | A | Dividend | J | T | | | | | See note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 13 This Mutual Fund changed its name from Allianz AGIC Target Fund C to the name listed on line 13 during 2012.

Line 63 Most of the assets of this trust were sold and the proceeds distributed. The remaining asset is an interest in an illiquid limited partnership and an estimated value is provided.

Line 77 This asset was exchanged into shares of the asset listed on lines 69-70.

Lines 121, 147 (Trusts #s 4, 5 ) The valuation of this trust is listed as estimated because some of the assets of the trust are partial interests in illiquid limited partnerships. The value code was based upon the Cash Market value of the bank accounts and publicly traded assets combined with the trustee's estimate of the value of the partnership interests.

Line 127 (Trust #3) Gabelli Global Deal - the sale listed on the 2009 report of this entity was only a partial sale not a complete disposition of the asset and now the fund has changed its name

Line 159 The interest in this limited partnership was sold to another member of the LLC, Trisun Financial Group, LLC.

Line 166 In this transaction Trust 5 made a loan to Trust 4. Trust 4 invested this money in the asset listed on Line 137, however, this did not result in an increase in shares or ownership of the asset.

Line 192 Trust 6 - Upon the death of a family member, I became a trustee and inhereited an interest in these assets.

Line 196 Trust 7 - Upon the death of a family member, I became a trustee and inhereited an interest in these assets.

Line 171 & 222 BA 17 & 18 - Upon the death of a family member, I inherited the listed assets.

Line 253 - This mutual fund was not listed as its value was below $1,000 at the end of 2011.

The following changes were made to my report in response to the October 22, 2013 Letter of Inquiry

For Lines 63, 103, 120, 170, 250, 251 and 252 columns B(1) and B(2) were completed (unless the answer in B(2) was none). For Lines 170, 251 and 252 columns C(1) and C(2) were completed. In addition, in line 252 a correction to the name of the investment was made by correcting the redemption date as part of the name.

For Line 57, the description of the asset was corrected. It is an interest in the limited partnership listed on line 60. Two sets of shares are held in this limited partnership. The columns regarding the income and gross value (Columns B and C) have been corrected for both lines 57 and 60.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo T. Sorokin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544